**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

**FILED**

**JUN 3 0 2014**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

ARAYA HENOK

908 New Hampshire av nw suit 400

Washington DC 20037

Case: 1:14-cv-01114
Assigned To : Friedman, Paul L.
Assign. Date : 6/30/2014
Description: PRO SE GEN. CIVIL

Plaintiff

v.

**COMPLAINT
FOR
Breach of Fiduciary Duty**

GLADYS KESSLER,
GARY C. DENNIS,
MICHAEL K. FAUNTROY,
NOEL J. FRANCISCO,
SHIRLEY ANN HIGUCHI,
WILLIAM P. LIGHTFOOT,
CLAUDIA A. WITHERS,
515 5th St NW # 246, Washington, DC 20001

DISTRICT OF COLUMBIA
Serve: Mayor Gray
Office of the Secretary
1350 Pennsylvania Ave, NW #419
Washington, DC 20001
Serve: Attorney General of the District
Of Columbia
441 4th Street, NW
Washington, DC 20001

## COMPLAINT

COMES NOW, Plaintiff, Henok Araya, hereby alleges and complains against Defendants the

following:

1. The US district court has the jurisdiction to hear this matter of breach of fiduciary duty.

1

2. The United States District Court for the District of Columbia has jurisdiction under 28 U.S.C. §§ 1331 and 1343 to hear this matter in that claims are asserted under the Constitution and laws of the United States, including federal laws providing for the protection of civil rights.

3. Plaintiffs' claims for declaratory relief are authorized by 28 U.S.C. § 2202 and 42 U.S.C. § 1983.

4. The District Court has jurisdiction to hearing cases under DC § 2-1403.03. (b) A person claiming to be aggrieved by an unlawful discriminatory practice on the part of District government agencies, officials, or employees may elect to file … a civil action in a court of competent jurisdiction under § 2-1403.16.

5. Defendants are proper parties under 42 U.S.C. § 1983 and are been sued in their official capacity.

6. Defendants are responsible and have a duty to assure Judicial officers in the District of Columbia Superior court ( District) do not violate the US and DC constitution.

7. Defendants are responsible and have a duty to assure Judicial officers in the District do not favor a certain religion.

8. Defendants are responsible and have a duty to assure Judicial officers to NOT carry any religious bibles in the District of Columbia court room.

9. Defendants are responsible and have a duty to assure Judicial officers to NOT pray or give examples of certain preferred prayers in the court room.

10. Defendants are responsible and have a duty to assure Judicial officers to NOT be a judge and a jury if they cannot hear and their hearing cannot be corrected or cured.

11. Defendants are responsible and have a duty to assure Judicial officers in the District do not have any physical ailments.

12. Defendants are responsible and have a duty to assure Judicial officers in the district do not ask witnesses to swear to tell the truth on the catholic bible.

13. Defendants have fiduciary duty to the District of Columbia residents.

14. Defendants are responsible and have a duty to assure Judicial officers to not order DC residents to attend catholic church or any church.

15. Defendants have the fiduciary duty to oversee the duties and performances of the Judicial officers and that Judicial Officers do not treat children and minors in manner that's cruel, inhumane and unusual punishment. Judicial Officers in the Superior court have routinely taken 60-70% of children from parents and have them thrown into foster homes with unknown individuals for months at a time and to turn again and give the kids back to their original parents for no other reason other than they have the un-checked powers to do so. My own daughter of 2 years old was ordered by the same court to stay away from her 3 years old sister and 5 years old sister for no sufficient reason other than she cannot defend herself. Had it not been for the breach of fiduciary duty and negligence of the defendants to over-see and "check" the duties, performances and powers(tyranny) of the judicial officers, my child, myself and my other daughters and 60-70% of the children of the residents of the district of Columbia would not have suffered and would not have been injured and would not continue to suffer and continue to be injured.

16. I was coerced and forced to pray the catholic lord prayers in the courtroom; had it not been for the negligence of the defendants, I would not have been forced to pray in court

3

room and been placed in unconstitutional conditions by a religious extremist Judicial

Officer John H. Bayly.

17. I was coerced and forced to testify and swear to tell the truth under the catholic church's

bible in court; had it not been for the negligence of the defendants, I would not have

been forced to testify and swear to tell the truth under the catholic church's bible in court

room and been placed in unconstitutional conditions.

18. This case against defendants arose out of a trial that ended August 24th, 2011, with

Judicial Officer John H. Bayly.

19. This judicial officer was known to the defendants as one that carried the Catholic Bible

and forced everyone to testify under this bible. The defendants knew about this and did

nothing about it.

20. He was also known to the defendants as one that left the court house to pray at st John, a

catholic church next to the court house during court hours. The defendants knew about

this and did nothing about it.

21. He was known as a strict extremist catholic in the court room that hated women and non

Catholics and gays. The defendants knew about this and did nothing about it.

22. The Washington post run an article on him stating that he is the only one in the court

room that brings religion into the court room and keeps the bible in the court room and

forces and coerces witnesses to testify under the catholic bible. The defendants knew

about this and did nothing about it.

23. He does not believe on girls attending school. In court he refused to allow my girl to

attend school. The defendants knew about this and did nothing about it.

4

24. He does not believe women should work and support themselves. He believed its "unreasonable" for women to work. He believes women should support their husbands only. The defendants knew about this and did nothing about it.

25. His hate of women in the work force went one step further. He was found to have abused his power, "extraordinary abuse of power" was the finding of the defendants when Judicial officer Bayly argued with Liyah Brown, a public defender. He ordered her to be forcibly shackled, handcuffed and detained and strip searched. He had her arrested right in the court room. Ms. Brown was only doing her job and telling him that the client she was representing was a homeless.  He made national and international headlines. He called Mrs. Brown, a dog with a bone in the court room. His reference to Ms. Brown as a dog implied the female of the dog or some other carnivorous mammals or a lewd or immoral woman or a malicious, spiteful, or overbearing woman or something that is extremely difficult, objectionable, or unpleasant. That is why he locked her up.

26. The defendants knew about this and did nothing about it; until of course the entire DC and national legal society, media and government became involved. Only then did the defendants reprimand the Judicial officer with a slap in the hand and a few months later honored him for a well done job and extended his job for another term.

27. He does not believe black kids deserve vacations in Disney world; he thinks black kids should just hang out with the "animals at the zoo". The defendants knew about this and did nothing about it.

28. He is quoted on saying to a reporter, Cynthia L. Cooper from LSC equal justice in 2004, that everything he says goes in the court room and that no one can stop him. The defendants knew about this and did nothing about it.

5

29. He has moderate to severe hearing loss and his hearing loss is permanent and it's not reversible or curable. His hearing loss cannot be fully corrected with hearing aid; the defendants knew about this and did nothing about it. He was sitting in trial as a judge and a jury. In my trial, he could not hear some parts of the trial and it's not clear what he heard and what he missed and what he misheard.

30. Plaintiff could not have a fair trial because due to lack of oversight and negligence of the defendants, the Judicial officer cancelled court many times causing extreme hard ship- financially and emotionally. The Judicial officer would cancel trial while we were in court for a scheduled trial; the judicial officer excuses was that he had doctor's appointments, or had a meeting or had other matters to handle. This caused extreme financial hardship because I had to take unplanned time off from work, not just once, but many times. I spent close to a year in the court at a cost of $1.5M of lost earnings. Defendants breached their fiduciary duty and caused a direct harm to me. Had the defendants not failed to properly over-see the duties of the judicial officer, any changes of schedule of the judicial officer (personal or professional), parties would have been notified ahead of time and I would not have lost so much time from work and would not have suffered extreme financial loss, distress and hard ship.

31. Defendants breached the duty to assure Judicial officers in the District do not violate the US and DC constitution. My first amendment rights, the right to fair trial, and DC human right laws were violated due to this breach.

32. Defendants breached the fiduciary duty to assure Judicial officers in the District do not favor a certain religion. My first amendment rights, the right to fair trial, and DC human right laws were violated due to this breach.

33. Defendants breached the fiduciary duty by failing to assure Judicial officers to NOT carry any religious bibles in the District of Columbia court room. My first amendment right, the right to fair trial, and DC human right laws were violated due to this breach.

34. Defendants breached the fiduciary duty by failing to assure Judicial officers to NOT pray or give examples of certain preferred prayers in the court room. My first amendment rights, the right to fair trial, and DC human right laws were violated due to this breach.

35. Defendants breached the fiduciary duty by failing to assure Judicial officers to NOT be a judge and a jury if a judicial officer cannot hear and the judicial officer's hearing cannot be corrected or cured. My first amendment rights, the right to fair trial, and DC human right laws were violated due to this breach.

36. Defendants breached the fiduciary duty by failing to assure Judicial officers in the District do not have any physical ailments. Even though defendants knew or should have known Judicial Officer John H Bayly has a moderate to severe hearing loss and that it could NOT be corrected or cured, defendants renewed his contract for another term by stating that he was fit physically. This was a willful mis-representation and its fraudulent. I was defrauded by the defendants because I relied on their mis-representation to my determent. And, I was injured by their misrepresentation. The judicial officer could not have been a jury and a judge knowing for fact he had a moderate to severe hearing loss that was not curable or correctable. He could not hear part of my trial and he made  findings of facts that he did not hear and I was injured. My first amendment rights, the right to fair trial, and DC human right laws were violated due to this fraud.

37. Defendants misrepresented to me and the public that a. I would not be forced to pray in court, b. that no religion is allowed in court. 3. That my constitutional rights will be fully preserved in court. The facts are that the catholic religion and bible was the rule of the court; defendants knew this. The entire Superior court knew about Judge Bayly and the washing post run an article on it. The facts are that my constitutional rights were violated. The defendants willfully mis-represented to me and the public about these facts. They made false representations and concealed material facts about the court and its exclusive affinity and pledge to the catholic-church. The representations that the courts were free of any religion and the representation that constitutional rights were protected in court was untrue. These false representations and omissions were made by defendants in a reckless and negligent manner. The District of Columbia residents and I were defrauded by the defendants because I (we) relied on their mis-representation to my(our) determent. And, I was severely injured by their misrepresentation.

38. Defendants breached the fiduciary duty by failing to assure Judicial officers in the district do not ask witnesses to swear to tell the truth on the catholic bible. I was emotionally, psychologically and religiously injured by this. My first amendment rights, the right to fair trial, and DC human right laws were violated due to this breach.

39. As a proximate result of defendants breach of the above listed fiduciary duties owed to plaintiff, plaintiff was damaged financially of at least $1,500,000, emotionally and professionally.

40. Had defendants and each of them exercised properly their fiduciary duties, plaintiff and other residents of the district of Columbia would not have incurred the injuries and the damages.

8

41. As a proximate result of the above negligence, plaintiff was damaged in an amount of $1,500,000 and to be proved at trial.

42. Defendants aided and abetted Judicial Officer John H Bayly in his discriminatory practice and aiding him to apply his own religious requirements into a public court room. Plaintiff's rights to fair trial was violated. This aiding and abetting violates DC human rights laws and the US constitution. As a proximate result of this aiding and abetting, and violations of DC laws and the US constitution (first amendment and fair trial and due process), plaintiff was damaged in an amount of $1,500,000 and to be proved at trial. Had it not been for the negligence and breach of fiduciary duties and had it not been for the aiding and abetting of the defendants, Judicial officer John H. Bayly would NOT have been able to carry a bible in court, would NOT have treated children in a manner that's cruel, harsh, unusual and inhumane punishments, would NOT have coerced me or anyone else to pray the catholic verse of the lord's prayers, and he would NOT have sat in trial as a judge and a jury with his medical limitations and would not have locked up Ms.Brown and other unknown innocent residents simply because mine and their view differed from his. I tried to do what I was told to do by the Judicial officer of extreme fear that I too would be locked up and would face severe consequences but since I did NOT know the catholic prayers in Latin, I and my children and other residents suffered severe, harsh, cruel and unusual punishments from Judicial Officer Bayly. These punishments were made possible by the negligence, aiding and abetting of the defendants.

43. Had Judge Omar Al Sheik required the prayers of Allah or placed the Quran in the witness stand or coerced witness to swear on the Quran in the court room, the defendants

9

would have acted promptly and there would have been a public apprising. Had Judge

Omar Al Sheik forced girls not to attend school and restricted women from working and

supporting their families, the defendants would have acted promptly and there would

have been a public apprising. DC laws and US constitutions treat ALL religions equal.

There is no room for religion in the government even if it appears harmless.

44. The mere presence of the catholic bible in the witness stand and the coercion to swear on

it and to demand and torture me for my in-ability to pray the catholic verse of the lords

prayers in Latin caused me sever stress and emotional trauma as I was been judged by

the bible and I was damaged and injured by it. Had it not been for the breach of the

fiduciary duty and negligence of the defendants, I would NOT have been injured. The

Defendants had a duty to remove the Bible from the witness stand. The defendants had a

duty to remove a judicial officer from family cases where personal back grounds and

discretions dominate in the decision process. Judicial officer Bayly was blinded by the

catholic church and its influence. Defendants were aware of this and maliciously failed

to protect the public and me.

45. Defendants had a duty to plaintiff to act with the utmost good faith, honesty and loyalty

and perform their duty diligently. Defendants willingly and fraudulently breached their

duty owed to plaintiff by making material misrepresentations and omissions and by

failing to disclose material facts regarding Judicial Officer John Bayly court room

requirements.

46. Plaintiff alleges that defendants conduct to allow religion to be part of the public court

room and to allow residents to be tested and tortured with catholic or Christian religion

was intentional and malicious and done for the purposes of causing plaintiff and others

10

like him to suffer severe stress, extraordinary humiliation and mental anguish and emotional trauma. They have done this with a wanton and reckless disregard of the consequences to plaintiff and others like plaintiff. Plaintiff alleges that defendants would not have allowed the religion of Islam or Judaism in the court room. As a proximate result of the acts alleged, plaintiff has been injured in plaintiff's mind; plaintiff was forced to be under unconstitutional conditions.

47. Defendants were and are guilty of recklessness and oppression and fraud and malice in the commission of the acts (or their failure to prevent such acts) described in this complaint. As a direct result of defendants conduct, defendants are liable to plaintiff for punitive damages and compensatory damages in the amount to be according to proof and as stated below. As a direct result of their recklessness and lack of oversight of the judicial officers, plaintiff has been involved with a series of litigation with financial institutions, legal firms and other private parties that plaintiff would NOT have been involved had the defendants performed their duties.

48. Plaintiffs' rights were violated under color of State law. Plaintiff is therefore entitled to relief pursuant to 42 United States Code 1983 and violation of DC human rights laws for damages, compensatory damages, punitive damages and special damages.

Wherefore, Plaintiff demands judgment against the defendants, jointly and severally, as follows:

1. For compensatory damages including financial loss in the amount of $2,500,000 plus interest.

2. For punitive damages in the amount of $7,500,000.

3. For special damages according to law and proof.

11

4. For statutory damages

5. For exemplary damages in an amount according to proof and as permitted by law.

6. For permanent injunctive relief, including preliminary injunction restraining defendants from carrying, placing, using ANY bible or anything religious in the DC superior court and an order to remove  any and all religious paraphernalia from the DC superior court grounds.

7. For an award of litigation cost.

8. For tremble damages

9. For such other and further relief as this court deems meet and just.

10. Plaintiff does not ask this court to review, reject or accept or make changes to the decisions of the Judicial officer.

Henok Araya

Plaintiff hereby demands a trial by jury of 12 as to all counts so triable. This complaint is based on extensive amounts of facts and the people of the district of Columbia (jury) should try the facts. Pursuant to Rule 38(b), Federal Rules of Civil Procedure, Plaintiffs hereby demand a trial by jury.

Araya Henok