UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ARAYA HENOK, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | Civil Action No. 14-1114 (PLF) |
| GLADYS KESSLER, et al. | ) ) ) | |
| Defendants. | ) ) | |

ORDER

For the reasons stated in the Opinion issued this same day, it is hereby

ORDERED that the motion to dismiss [Dkt. No. 3] filed by the District of Columbia is GRANTED; it is

FURTHER ORDERED that the motion to dismiss [Dkt. No. 4] filed by the District of Columbia Commission on Judicial Disabilities and Tenure is GRANTED; it is

FURTHER ORDERED that the plaintiff's motion to amend the complaint [Dkt. No. 10] is DENIED; and it is

FURTHER ORDERED that the complaint is DISMISSED WITH PREJUDICE. The Clerk of the Court shall remove this case from the docket of this Court. This is a final appealable Order. See FED. R. APP. P. 4(a).

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: January 29, 2015